UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
THOMAS P. JACKSON,

          Petitioner,

-against-

UNITED STATES OF AMERICA,

          Respondent.
----------------------------------------------------------------X

JUDGMENT
06-CV- 4863 (SJ)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED N.Y:
★ JUN 2 8 2007 ★
P.M. _____
TIME A.M. _____

A Memorandum and Order of Honorable Sterling Johnson Jr., United States District Judge, having been filed on June 27, 2007, dismissing the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 without prejudice for failure to name the proper respondent and for failure to exhaust available administrative remedies; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; and that the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice for failure to name the proper respondent and for failure to exhaust available administrative remedies.

Dated: Brooklyn, New York
       June 27, 2007

s/ RCH
ROBERT C. HEINEMANN
Clerk of Court